UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUC BURBON and on behalf of all
other persons similarly situated,

                            Plaintiffs,      :      No. 1:18-cv-1064

                         -against-

FREMANTLEMEDIA NORTH AMERICA, INC.,

                            Defendant.
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice.

Each party shall bear its or her own legal fees and costs.

Dated:

NAVEH LAW FIRM PC

By: _____
Avi A. Naveh
175 Varick Street, 3rd Floor
New York, New York 10014
(646) 881-4471
*Attorneys for Plaintiffs*

PADUANO & WEINTRAUB, LLP

By: _____
Katherine B. Harrison
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
(212) 785-9100
*Attorneys for Defendant*

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Dated: 5/29/18
      New York, NY